## Lyon v. Dunn.

Argued Feb. 13, 1900. Appeal, No. 335, Jan. T., 1899, by respondent, from decree of Special Court, Schuylkill Co., as of C. P. Jan. T., 1896, No. 262, in election contest of Thomas H. B. Lyon v. P. M. Dunn. Before MITCHELL, DEAN, FELL, BROWN and MESTREZAT, JJ. Appeal quashed.

OPINION BY MR. JUSTICE MITCHELL, May 21, 1900:

This appeal is quashed for the reasons given in Lyon v. Dunn, ante, p. 90.